584 A.2d 953

**Edward SOJA and Barbara Soja, h/w**

v.

**FACTORYVILLE SPORTSMEN'S CLUB, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1990.

Decided Jan. 14, 1991.

James E. Davis, Tunkhannock, for appellant.

Steven J. Schiffman, Harrisburg, for amicus-Penna. Federation of Sportsmen's Clubs, Inc.

George E. Clark, Jr., Scranton, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPY, JJ.

## ORDER

PER CURIAM:

Case remanded to Court of Common Pleas of 44th Judicial District, Wyoming County Branch, to consider impact of Act of June 2, 1988, P.L. 452, No. 74, 35 P.S. § 4501. Jurisdiction relinquished.

McDERMOTT, J., did not participate in the consideration or decision of this case.

LARSEN and PAPADAKOS, JJ., dissent and would affirm the Order of the Superior Court.